NICHOLAS M. WAJDA (State Bar #259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON M. FINE, <br><br> Plaintiff, <br><br> v. <br><br> QUICKEN LOANS, INC., <br><br> Defendant. | Case No. 2:20-cv-04394-MWF-JPR <br><br> **STIPULATION DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED:

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Jason M. Fine ("Plaintiff") and Defendant Quicken Loans, LLC (F/K/A QUICKEN LOANS INC.) ("Quicken Loans") stipulate and agree that Plaintiff is hereby dismissing all of his claims against Quicken Loans with prejudice, with each party waiving his or its rights of appeal and agreeing to bear his or its own attorney's fees and costs.

1

| | |
|---|---|
| Dated: July 23, 2020 | Respectfully Submitted, |
| **Jason M. Fine** | **Quicken Loans, LLC** |
| /s/ Nicholas M. Wajda<br>Wajda Law Group, APC<br>6167 Bristol Parkway, Ste 200<br>Culver City, California 90230<br>(310) 997-0471<br>nick@wajdalawgroup.com<br>*Counsel for Plaintiff* | /s/ Laura A. Stoll<br>Goodwin Procter LLP<br>601 South Figueroa St., 41st Floor<br>Los Angeles, CA 90017<br>(213) 426-2500<br>LStoll@goodwinlaw.com<br>*Counsel for Quicken Loans, LLC* |

2