JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON M. FINE,<br><br>          Plaintiff,<br><br>     v.<br><br>QUICKEN LOANS, INC.,<br><br>          Defendant. | Case No. 2:20-cv-04394-MWF-JPR<br><br>**ORDER ON STIPULATION DISMISSAL WITH PREJUDICE** |

Plaintiff, Jason M. Fine ("Plaintiff"), by and through his attorneys, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice, and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: July 23, 2020

MICHAEL W. FITZGERALD
United States District Judge